No. 12–5780. JOHNSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–5788. PADRON RODRIGUEZ v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5792. EPSTEIN v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–5793. DeGENNARO v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 12–5794. CLIFTON v. DEXTER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5800. HEILMAN v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–5801. SHELLEY v. MEKO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5805. OBOMIGHIE v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 12–5810. QUILES v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 12–5818. RYEL v. PERSSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–5819. ROBERTSON v. CARTINHOUR. C. A. D. C. Cir. Certiorari denied.

No. 12–5835. DeWITT v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 12–5851. MORGAN v. DICKHAUT, SUPERINTENDENT, SOUZA-BARANOWSKI CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.